IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Ronnie W. Sullivan, ) | C/A No. 0:15-4205-DCN |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| Dr. B. Weissglass; Dr. T. Jacobs, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Plaintiff, a pretrial detainee proceeding *pro se,* filed an Amended Complaint pursuant to 42 U.S.C. § 1983. On October 21, 2015 and November 17, 2015, the court issued orders allowing Plaintiff an opportunity to submit the service documents necessary to bring the case into proper form for evaluation and possible service of process. ECF Nos. 8 & 15. The orders warned Plaintiff that failure to provide the necessary information within a specific time period would subject the case to dismissal. However, Plaintiff failed to provide the service documents necessary to advance this case and the time for response has lapsed. As Plaintiff has failed to prosecute this case and has failed to comply with an order of this court, the case is **dismissed** *without prejudice* pursuant to Rule 41 of the Federal Rules of Civil Procedure, see Link v. Wabash R.R. Co., 370 U.S. 626 (1962)

**IT IS SO ORDERED**.

_____
December 21, 2015                         David C. Norton
Charleston, South Carolina               United States District Judge

**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.